CLOSED

**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Baymont Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOUNGEVITY MINERAL SPA, LLC, an Indiana limited liability company; and MA LAN WALLACH, an individual,<br><br>Defendants. | Civil Action No. 11-cv-3193 (DMC)(MF)<br><br>**FINAL JUDGMENT BY DEFAULT AS TO YOUNGEVITY MINERAL SPA, LLC ONLY** |

This matter having been opened to the Court by plaintiff, Baymont Franchise Systems, Inc. ("BFS"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendant, Youngevity Mineral Spa, LLC only ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on June 2, 2011, seeking damages as a result of the breach of a franchise agreement between BFS and Youngevity Mineral Spa, LLC, and service of a copy of the Summons and Complaint having been effectuated with respect to defendant Youngevity Mineral Spa, LLC by serving it via certified and regular mail on June 26, 2011; and the Answer of Youngevity Mineral Spa, LLC having been stricken by Order dated January 12, 2012 and it appearing that default was duly noted by the Clerk of the Court

against Youngevity Mineral Spa, LLC on January 17, 2012 for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 8th day of MARCH, 2012,

**ORDERED, ADJUDGED, AND DECREED** that BFS have judgment against Youngevity Mineral Spa, LLC, in the total amount of $145,200.46, comprised of the following:

a) $139,086.10 for Recurring Fees (principal plus prejudgment interest); and

b) $6,114.36 for attorneys' fees and costs.

_____
**DENNIS M. CAVANAUGH, U.S.D.J.**