**CLYDE & CO US LLP**                                                 CLOSED
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Baymont Franchise Systems, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., a Delaware Corporation, | : |
| Plaintiff, | : Civil Action No. 11-cv-3193 (DMC)(MF) |
| v. | : |
| YOUNGEVITY MINERAL SPA, LLC, an Indiana limited liability company; and MA LAN WALLACH, an individual, | : **FINAL JUDGMENT BY DEFAULT AS TO MA LAN WALLACH ONLY** |
| Defendants. | : |

This matter having been opened to the Court by plaintiff, Baymont Franchise Systems, Inc. ("BFS"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendant, Ma Lan Wallach ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on June 2, 2011, seeking damages as a result of the breach of a franchise agreement between BFS and Youngevity Mineral Spa, LLC, and service of a copy of the Summons and Complaint having been effectuated with respect to defendant Ma Lan Wallach by serving her via certified and regular mail on June 26, 2011; and it appearing that default was duly noted by the Clerk of the Court against Ma Lan Wallach on July 16, 2012 via Consent Order; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this _____ day of _____, 2012,

**ORDERED, ADJUDGED, AND DECREED** that BFS have judgment against Ma

Lan Wallach, in the total amount of $163,345.70, comprised of the following:

    a) $147,765.56 for Recurring Fees (principal plus prejudgment interest); and

    b) $16,580.14 for attorneys' fees and costs.

                                                           DENNIS M. CAVANAUGH, U.S.D.J.